1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES SHANK,

        Plaintiff,

    v.

RANDY CASTEEL; CHRIS ENDRESEN; JON BRAND; and MALCOLM FLEMING,

        Defendants.

Case No.  C04-5843RJB

ORDER

12  This matter comes before the court on Plaintiff's Second Amended Complaint (Dkt.54). The
13  Second Amended Complaint makes various attempts to reflect the pleading inadequacies identified in
14  the Order Granting in Part and Denying in Part Defendants' Motion for Partial Dismissal of Claims
15  (Dkt. 24). The Second Amended Complaint also reflects the court's dismissal of several claims and
16  parties and appears to plead new causes of action.
17  The plaintiff did not seek leave of the court to file a second amended complaint or solicit written
18  consent from the defendants as required by Federal Rule 15(a). The court should therefore refuse to
19  consider the Second Amended Complaint and should not require the defendants to answer the
20  complaint.
21  It is hereby
22  **ORDERED** that Plaintiff's Second Amended Complaint shall remain electronically filed but will
23  not be considered by the court, will not supercede the Amended Complaint (Dkt. 21), and will not
24  require an answer from the defendants.
25  The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any
26  party appearing pro se at said party's last known address.
27  DATED this 13th day of October, 2005.

*Robert J. Bryan* (signature)
Robert J. Bryan
U.S. District Judge

28

ORDER